UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT ("NWIRP"), a nonprofit Washington public benefit corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, *et al.*,<br><br>Defendants. | CASE NO. 2:17-cv-00716<br><br>**ORDER GRANTING MOTION FOR EXPEDITED LEAVE TO FILE *AMICUS CURIAE* BRIEF BY THE ATTORNEY GENERAL OF WASHINGTON**<br><br>[~~PROPOSED~~] |

The Attorney General of the State of Washington requests expedited leave to file an amicus brief in support of Plaintiffs Northwest Immigrant Rights Project's and Yuk Man Maggie Cheng's motion for temporary restraining order. Dkt. # 18.

ORDER- 1

Having considered the motion and the parties' responses, if any, the Court GRANTS the Attorney General's Request. The Attorney General's amicus brief is hereby deemed filed.

IT IS SO ORDERED.

Dated this 12th day of May, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge