# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NORTHWEST IMMIGRANT RIGHTS PROJECT ("NWIRP"), a nonprofit Washington public benefit corporation, *et al.*,

Plaintiffs,

v.

JEFFERSON B. SESSIONS III, *et al.*,

Defendants.

CASE NO. 2:17-cv-00716

**ORDER DENYING MOTION OF IMMIGRANT LEGAL RIGHTS ORGANIZATIONS FOR LEAVE TO FILE AMICI CURIAE BRIEF**

This matter came before the Court on the Motion for Leave to File Brief as Amici Curiae ("Motion") filed by a number of non-party immigrant rights legal organizations (identified in the Motion and referred to generally herein as "amici"). [Dkt. #15.] Having been fully informed, and the Court having determined that the notice given was sufficient and appropriate under the circumstances, the Court hereby **DENIES** the Motion.

Dated this 12th day of May, 2017.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1