THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT ("NWIRP"), a nonprofit Washington public benefit corporation; and YUK MAN MAGGIE CHENG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JUAN OSUNA, in his official capacity as Director of the Executive Office for Immigration Review; and JENNIFER BARNES, in her official capacity as Disciplinary Counsel for the Executive Office for Immigration Review,<br><br>Defendants. | No. 2:17-CV-00716-RAJ<br><br>**[PROPOSED] ORDER GRANTING AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |

This matter came before the Court on the American Civil Liberties Union of Washington's ("ACLU-WA") Motion for Leave to File Amicus Brief. [Dkt.

#20]. Having been fully informed, the Court GRANTS the ACLU-WA's Motion for Leave to File Amicus Brief.

IT IS SO ORDERED this 12th day of May, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge