# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT ("NWIRP"), a nonprofit Washington public benefit corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, *et al.*,<br><br>Defendants. | CASE NO. 2:17-cv-00716<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF** |

This matter came before the Court on the Motion for Leave to File Brief as Amici Curiae ("Motion") filed by a number of non-party organizations that focus on combatting violence and supporting rights of survivors (identified in the Motion and referred to generally herein as "amici"). Dkt. # 28. Having been fully informed, and the Court having

ORDER- 1

determined that the notice given was sufficient and appropriate under the circumstances, the Court hereby **DENIES** the Motion.

Dated this 19th day of May, 2017.

The Honorable Richard A. Jones
United States District Judge