The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT ("NWIRP"), a nonprofit Washington public benefit corporation; and YUK MAN MAGGIE CHENG, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;  JUAN OSUNA, in his official capacity as Director of the Executive Office for Immigration Review; and JENNIFER BARNES, in her official capacity as Disciplinary Counsel for the Executive Office for Immigration Review,<br><br>            Defendants. | No. 2:17-cv-00716<br><br>DECLARATION OF JAIME DROZD ALLEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Note on Motion Calendar:<br>June 30, 2017 |

DECLARATION OF JAIME DROZD ALLEN RE:
MOTION FOR PRELIMINARY INJUNCTION - 1
(Case No. 2:17-cv-00716)

I, Jaime Drozd Allen, declare the following:

1. I am a partner with Davis Wright Tremaine LLP ("DWT") and am counsel of record for Plaintiffs in this matter. I have personal knowledge of the facts stated in this declaration and am competent to testify to the same.

2. Attached hereto as **EXHIBIT A** is a true and correct copy of excerpts from the Verbatim Report of Proceedings for the May 17, 2017 Temporary Restraining Order hearing heard before Judge Richard A. Jones.

3. Attached hereto as **EXHIBIT B** is a true and correct copy of the Declaration of Kursten Phelps, Director of Legal and Social Services at Tahirih Justice Center.

4. Attached hereto as **EXHIBIT C** is a true and correct copy of the Declaration of R. Linus Chan, Clinical Professor of Law and Supervisor of Detainee Rights Clinic at the James H. Binger Center for New Americans at the University of Minnesota Law School.

5. Attached hereto as **EXHIBIT D** is a true and correct copy of the Declaration of Lisa Weissman-Ward, Clinical Supervising Attorney for Stanford Law School Immigrants' Rights Clinic.

6. Attached hereto as **EXHIBIT E** is a true and correct copy of the Declaration of Cristina Dos Santos, Senior Attorney for the Immigration Program at the Community Legal Services in East Palo Alto.

7. Attached hereto as **EXHIBIT F** is a true and correct copy of the Declaration of Jon Bauer and Jessica Anna Cabot with the University of Connecticut School of Law Asylum and Human Rights Clinic.

8. Attached hereto as **EXHIBIT G** is a true and correct copy of the Declaration of Caroline Devan Sennett, Staff Attorney and Site Supervisor for the Hartford Office of the

DECLARATION OF JAIME DROZD ALLEN RE:
MOTION FOR PRELIMINARY INJUNCTION - 2
(Case No. 2:17-cv-00716)

International Institute of Connecticut.

9. Attached hereto as **EXHIBIT H** is a true and correct copy of the Declaration of Muneer I. Ahmad, Clinical Professor of Law within the Worker and Immigrant Rights Advocacy Clinic at Yale Law School.

10. Attached hereto as **EXHIBIT I** is a true and correct copy of the Declaration of John Keller, Executive Director of the Immigrant Law Center of Minnesota.

11. Attached hereto as **EXHIBIT J** is a true and correct copy of the Declaration of Richard Stolz, Executive Director of OneAmerica.

12. Attached hereto as **EXHIBIT K** is a true and correct copy of the Declaration of Susan Roche, Executive Director of the Immigrant Legal Advocacy Project in Maine.

13. Attached hereto as **EXHIBIT L** is a true and correct copy of the Declaration of Cheryl Little, Executive Director of Americans for Immigrant Justice.

14. Attached hereto as **EXHIBIT M** is a true and correct copy of the Declaration of Judy London, Directing Attorney of the Immigrants' Rights Project for Los Angeles Public Counsel.

15. Attached hereto as **EXHIBIT N** is a true and correct copy of the Declaration of Frances Miriam Kreimer, Senior Attorney at the Deportation Defense and Legal Advocacy Program at Dolores Street Community Services.

16. Attached hereto as **EXHIBIT O** is a true and correct copy of the Declaration of Nancy Kelly, Managing Attorney of the Immigration Unit at Greater Boston Legal Services.

17. Attached hereto as **EXHIBIT P** is a true and correct copy of the Declaration of Juliann Bildhauer, Co-Director of Legal Services for Kids in Need of Defense (KIND).

18. Attached hereto as **EXHIBIT Q** is a true and correct copy of the Declaration of

DECLARATION OF JAIME DROZD ALLEN RE:
MOTION FOR PRELIMINARY INJUNCTION - 3
(Case No. 2:17-cv-00716)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Lynn Marcus, Professor of the Practice and Co-Director of the Immigration Law Clinic at the University of Arizona James E. Rogers College of Law.

19. Attached hereto as **EXHIBIT R** is a true and correct copy of the Declaration of Paul S. Zoltan, founder of the Refugee Support Network and liaison with Houston Asylum Office of the American Immigration Lawyers Association.

20. Attached hereto as **EXHIBIT S** is a true and correct copy of the Declaration of Valerie Anne Zukin, Lead Attorney Coordinator for the Northern Collaborative for Immigrant Justice and attorney for the Justice & Diversity Center of The Bar Association of San Francisco.

21. Attached hereto as **EXHIBIT T** is a true and correct copy of the Declaration of Alison Pennington, Immigration Senior Staff Attorney at Centro Legal.

22. Attached hereto as **EXHIBIT U** is a true and correct copy of the Declaration of Daniel Werner, Director of the Southeast Immigrant Freedom Initiative, a project of the Southern Poverty Law Center.

23. Attached hereto as **EXHIBIT V** is a true and correct copy of the Declaration of John H. Fleming, Pro Bono Partner at Eversheds Sutherland (US), LLP.

24. Attached hereto as **EXHIBIT W** is a true and correct copy of Declaration of Ellyn Haikin Josef, Pro Bono Counsel at Vinson & Elkins, LLP.

25. Attached hereto as **EXHIBIT X** is a true and correct copy of the Declaration of Stacey Slater, Pro Bono Partner at Nixon Peabody, LLP.

26. Attached hereto as **EXHIBIT Y** is a true and correct copy of the Declaration from Rene A. Kathawala, Pro Bono Counsel at Orrick, Herrington & Sutcliffe LLP.

27. Attached hereto as **EXHIBIT Z** is a true and correct copy of the Declaration of

DECLARATION OF JAIME DROZD ALLEN RE:
MOTION FOR PRELIMINARY INJUNCTION - 4
(Case No. 2:17-cv-00716)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Leah E. Medway, Pro Bono Counsel at Perkins Coie LLP.

28. Attached hereto as **EXHIBIT AA** is a true and correct copy of the Declaration of William A. Van Nortwick, Jr., Partner-in-charge of Pro Bono at Akerman LLP.

29. Attached hereto as **EXHIBIT BB** is a true and correct copy of the Declaration of Audra J. Soloway, Partner and Co-Chair of Public Matters Committee at Paul Weiss Rifkind Wharton & Garrison LLP.

30. Attached hereto as **EXHIBIT CC** is a true and correct copy of the Declaration of Harrison J. Frahn, Litigation Partner at Simpson Thacher & Bartlett, LLP.

31. Attached hereto as **EXHIBIT DD** is a true and correct copy of the Declaration of Kathryn Fritz, Managing Partner of Fenwick & West LLP.

32. Attached hereto as **EXHIBIT EE** is a true and correct copy of the Declaration of David A. Lash, Managing Counsel for Pro Bono and Public Interest Services at O'Melveny & Myers LLP.

33. Attached hereto as **EXHIBIT FF** is a true and correct copy of the Declaration of Claire Loebs Davis, Seattle chair of the Pro Bono Committee at Lane Powell PC.

34. Attached hereto as **EXHIBIT GG** is a true and correct copy of the Declaration of Maureen P. Alger, Pro Bono Partner for Cooley LLP.

35. Attached hereto as **EXHIBIT HH** is a true and correct copy of the Declaration of Marjorie Press Lindblom, Counsel and Co-Chair of the Pro Bono Management Committee at Kirkland & Ellis LLP.

36. Attached hereto as **EXHIBIT II** is a true and correct copy of the Declaration and accompanying exhibit of Edward B. Murray, Mayor of the City of Seattle.

DECLARATION OF JAIME DROZD ALLEN RE:
MOTION FOR PRELIMINARY INJUNCTION - 5
(Case No. 2:17-cv-00716)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct to the best of my knowledge and belief.

3  EXECUTED at Seattle, Washington, this 8th day of June, 2017.

        By: */s Jaime Drozd Allen*
            Jaime Drozd Allen, WSBA #35742

DECLARATION OF JAIME DROZD ALLEN RE:
MOTION FOR PRELIMINARY INJUNCTION - 6
(Case No. 2:17-cv-00716)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2017, I filed the foregoing using CM/ECF which will cause a copy to be sent to the following:

*Attorneys for Defendants Jefferson B. Sessions, III Attorney General of the United States; United States Department of Justice; Executive Office for Immigration Review; Juan Osuna; Jennifer Barnes*

| | |
|---|---|
| Carlton Frederick Sheffield | carlton.f.sheffield@usdoj.gov |
| Gisela A. Westwater | gisela.westwater@usdoj.gov |
| Gladys M. Steffens Guzman | Gladys.Steffens-Guzman@usdoj.gov; |
| Victor M. Mercado-Santana | victor.m.mercado-santana@usdoj.gov |
| | victor.m.mercado@gmail.com |

*Attorneys for Amicus Attorney General of Washington*

| | |
|---|---|
| Patricio A. Marquez | PatricioM@atg.wa.gov, |
| | chamenew@atg.wa.gov, |
| | colleenm1@atg.wa.gov, |
| | marshac@atg.wa.gov |

*Attorneys for Amicus American Civil Liberties Union of Washington (ACLU)*

| | |
|---|---|
| Andrew Garcia Murphy | agm@hcmp.com, |
| | brenda.partridge@hcmp.com |
| Michael J. Ewart | jake.ewart@hcmp.com, |
| | angie.perkins@hcmp.com |

*Attorneys for Amicus Immigrant Legal Rights Organization*

| | |
|---|---|
| John J Connolly | jconnolly@zuckerman.com |
| Rachel F. Cotton | RCotton@zuckerman.com |

By  *s/ Jaime Drozd Allen*
Jaime Drozd Allen, WSBA #35742
Attorney for Plaintiffs

DECLARATION OF JAIME DROZD ALLEN RE:
MOTION FOR PRELIMINARY INJUNCTION - 7
(Case No. 2:17-cv-00716)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax