UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT ("NWIRP"), a nonprofit Washington public benefit corporation, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFFERSON B. SESSIONS III, *et al.*,<br><br>    Defendants. | CASE NO. 2:17-cv-00716RAJ<br><br>**ORDER** |

This matter came before the Court on the Motions for Leave to File Brief as Amicus Curiae filed by the Fred T. Korematsu Center for Law and Equality (the "Center") and American Immigration Lawyers Association ("AILA"). Dkt. ## 40, 41. Having been fully informed, and the Court having determined that the notice given was sufficient and appropriate under the circumstances, the Court hereby **GRANTS** the Center's Motion (Dkt. # 40) and **DENIES** AILA's Motion (Dkt. # 41).

//
//
//
//

DATED this 22nd day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 2