The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT ("NWIRP"), a nonprofit Washington public benefit corporation; and YUK MAN MAGGIE CHENG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00716<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING INITIAL DISCLOSURE DEADLINE AND JOINT STATUS REPORT DEADLINE AND WITHDRAWING DEFENDANTS' MOTION AT DKT. 56<br><br>**Noted for Consideration:**<br>**July 12, 2017** |

## STIPULATION

Plaintiffs Northwest Immigrant Rights Project and Yuk Man Maggie Cheng ("Plaintiffs"), and Defendants Jefferson B. Sessions III, United States Department of Justice, Executive Office for Immigration Review, James McHenry, and Jennifer Barnes ("Defendants"), by and through their undersigned counsel, stipulate to the following:

1. The Parties held their Fed. R. Civ. P. 26(f) conference on July 12, 2017;

2. Good cause exists to extend the remaining deadlines based on the availability of counsel and the need to confer with the Parties' respective clients;

3. The Parties will exchange initial disclosures under Fed. R. Civ. P. 26(a)(1) on August 11, 2017;

STIPULATION RE: EXTENDING INITIAL DEADLINES
AND WITHDRAWAL OF DEFS.' MOT. AT DKT. 56. - 1
(Case No. 2:17-cv-00716)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

4. The Parties will submit a Joint Status Report and Discovery Plan to the Court on August 22, 2017; and

5. Defendants hereby withdraw their Motion to Amend Order Regarding Initial Disclosures and Joint Status Report, Dkt. 56.

6. This stipulation does not waive Defendants' right to seek a stay of discovery or of deadlines relating to discovery, if appropriate.

DATED this 12th day of July, 2017.

| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | CHAD A. READLER<br>Acting Assistant Attorney General |
| By  *s/ James Harlan Corning*<br>Michele Radosevich, WSBA #24282<br>Jaime Drozd Allen, WSBA #35742<br>James Harlan Corning, WSBA #45177<br>Robert E. Miller, WSBA #46507<br>Laura-Lee Williams, WSBA #51358<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>E-mail: micheleradosevich@dwt.com<br>jaimeallen@dwt.com<br>jamescorning@dwt.com<br>robertmiller@dwt.com<br>lauraleewilliams@dwt.com | WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br><br>GISELA A. WESTWATER<br>Assistant Director<br><br>C. FRED SHEFFIELD<br>KATHERINE J. SHINNERS<br>Trial Attorneys<br><br>*/s Victor M. Mercado-Santana (per email authorization)*<br>VICTOR M. MERCADO-SANTANA<br>Trial Attorney<br>Civil Division, Office of Immigration Litigation<br>United States Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 305-7001<br>Facsimile: (202) 616 -8962<br>victor.m.mercado-santana@usdoj.gov |
| NORTHWEST IMMIGRANT RIGHTS PROJECT<br>Matt Adams, WSBA #28287<br>Glenda M. Aldana Madrid, WSBA # 46987<br>Leila Kang, WSBA #48048<br>615 2nd Avenue, Suite 400<br>Seattle, WA 98104-2244<br>Phone: (206) 957-8611<br>Fax: (206) 587-4025<br>E-mail: matt@nwirp.org<br>       glenda@nwirp.org<br>       leila@nwirp.org | |

STIPULATION RE: EXTENDING INITIAL DEADLINES
AND WITHDRAWAL OF DEFS.' MOT. AT DKT. 56. - 2
 (Case No. 2:17-cv-00716)

GLADYS M. STEFFENS GUZMÁN
Office of Immigration Litigation
Department of Justice, Civil Division
Trial Attorney, District Court Section
450 5th Street, NW
Washington, DC 20001
Telephone: (202) 305-7181
Facsimile: (202) 305-1890
E-Mail: gladys.steffens-guzman@usdoj.gov

**ORDER**

IT IS SO ORDERED.

DATED this ___ day of _____, 2017.

                                                                                            _____
The Honorable Richard A. Jones
UNITED STATES DISTRICT JUDGE

STIPULATION RE: EXTENDING INITIAL DEADLINES
AND WITHDRAWAL OF DEFS.' MOT. AT DKT. 56. - 3
(Case No. 2:17-cv-00716)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2017, I caused the following to be filed using CM/ECF which will cause a copy to be sent to the following:

*Attorneys for Defendants Jefferson B. Sessions, III; United States Department of Justice; Executive Office for Immigration Review; Juan Osuna; Jennifer Barnes*

| | |
|---|---|
| Carlton Frederick Sheffield | carlton.f.sheffield@usdoj.gov |
| Gisela A. Westwater | gisela.westwater@usdoj.gov |
| Gladys M. Steffens Guzman | Gladys.Steffens-Guzman@usdoj.gov |
| Victor M. Mercado-Santana | victor.m.mercado-santana@usdoj.gov |

*Attorneys for Amicus Attorney General of Washington*

| | |
|---|---|
| Patricio A. Marquez | PatricioM@atg.wa.gov |
| | chamenew@atg.wa.gov |
| | colleenm1@atg.wa.gov |
| | marshac@atg.wa.gov |

*Attorneys for Amicus American Civil Liberties Union of Washington (ACLU)*

| | |
|---|---|
| Andrew Garcia Murphy | agm@hcmp.com |
| | brenda.partridge@hcmp.com |
| Michael J. Ewart | jake.ewart@hcmp.com |
| | angie.perkins@hcmp.com |

*Attorneys for Amicus Fred T. Korematsu Center for Law and Equality*

| | |
|---|---|
| Benjamin D. Greenberg | greenberg.ben@dorsey.com |
| | johnston.natasha@dorsey.com |
| Sarah Cox | cox.sarah@dorsey.com, |
| | johnston.natasha@dorsey.com |
| Tzu-Huan Augustine Lo | lo.augustine@dorsey.com |
| | johnston.natasha@dorsey.com |
| Shawn J. Larsen-Bright | larsen.bright.shawn@dorsey.com |
| | price.molly@dorsey.com |
| Robert Seungchul Chang | changro@seattleu.edu |
| | robert.bob.chang@gmail.com |

STIPULATION RE: EXTENDING INITIAL DEADLINES
AND WITHDRAWAL OF DEFS.' MOT. AT DKT. 56. - 4
(Case No. 2:17-cv-00716)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 1 | Zachary E. Davidson | davidson.zach@dorsey.com, slavik.jackie@dorsey.com |
| 2 | | |
| 3 | Melissa R. Lee | leeme@seattleu.edu |

DATED: July 12, 2017

By   *s/ James Harlan Corning*
James Harlan Corning, WSBA #45177

STIPULATION RE: EXTENDING INITIAL DEADLINES
AND WITHDRAWAL OF DEFS.' MOT. AT DKT. 56. - 5
(Case No. 2:17-cv-00716)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax