UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT ("NWIRP"), a nonprofit Washington public benefit corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, *et al.*,<br><br>Defendants. | CASE NO. 2:17-cv-00716<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF BY THE IMMIGRATION REFORM LAW INSTITUTE** |

The Immigration Reform Law Institute (IRLI) requests leave to file an amicus brief in support of the Government's opposition to Plaintiffs' motion for a preliminary injunction. Dkt. # 62.

Having considered the motion and the parties' responses, the Court **GRANTS** IRLI's request. IRLI's amicus brief is hereby deemed filed.

IT IS SO ORDERED.

Dated this 24th day of July, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1