1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST IMMIGRANT
RIGHTS PROJECT, *et al.*,

                   Plaintiff(s),

    v.

JEFFERSON B. SESSIONS III, *et al.*,

                 Defendant(s).

No. C17-716 RAJ

ORDER SETTING TRIAL DATE
AND RELATED DATES

| | |
|---|---|
| **BENCH TRIAL DATE** | **NOVEMBER 13, 2018** |
| Length of Trial | 3 days |
| Deadline for Joining Additional Parties | February 2, 2018 |
| Deadline to File Amended Pleadings | May 17, 2018 |
| Expert Witness Disclosure/Reports Under FRCP 26(a)(2) Due | May 17, 2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR7(d)(3) | |
| Deadline to Complete Discovery | July 16, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter pursuant to LCR7(d)(3) | August 15, 2018 |

| | |
|---|---|
| All motions *in limine* must be filed by and noted on the motion calendar three Fridays thereafter pursuant to LCR7(d)(4) | October 16, 2018 |
| Agreed Pretrial Order due | October 30, 2018 |
| Pretrial conference | To be set by the Court |
| Trial briefs, deposition designations, and trial exhibits due | November 6, 2018 |

**These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.** If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Victoria Ericksen, Courtroom Deputy, by email at victoria_ericksen@wawd.uscourts.gov within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**COUNSEL ARE DIRECTED TO REVIEW JUDGE JONES' CHAMBERS PROCEDURES at** http://www.wawd.uscourts.gov/judges/jones-procedures. **Counsel are expected to abide by the requirements set forth therein. Failure to do so may result in the imposition of sanctions.**

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

**ALTERATIONS TO FILING PROCEDURES**

Counsel are required to electronically file all documents with the Court. Pro se litigants may file either electronically or in paper form. Information and procedures

for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.

The following alterations to the Filing Procedures apply in all cases pending before Judge Jones:

1. **Mandatory chambers copies are required for <u>all</u> e-filed opposed motions, responses, replies, and surreplies, and <u>all</u> supporting documentation relating to opposed motions, regardless of page length.**

The paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options." This requirement applies also to pleadings filed under seal.

2. Searchable PDFs: All documents filed electronically must be submitted in PDF format to permit text searches and to facilitate transmission and retrieval. Before these documents are electronically filed, the CM/ECF User shall convert the documents to PDF format. These documents may not be scanned.

## EXHIBITS

The original and one copy of any exhibits to be used at trial are to be delivered to chambers no later than 4:00 p.m. on the date set forth above. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby sets forth the following procedure for numbering exhibits: Plaintiff's exhibits shall be numbered consecutively beginning with 1. Defendant's exhibits shall be numbered consecutively after Plaintiff's exhibits using the next number sequence not used by Plaintiff (*e.g.*, if Plaintiff has marked 150 exhibits, Defendant shall mark its exhibits beginning with 200) . Duplicate documents shall not be listed

1   twice.  Once a party has identified an exhibit in the pretrial order, any party may use

2   it.  Each set of exhibits shall be submitted in a three-ring binder with appropriately

3   numbered tabs.

4                                        **COOPERATION**

5          As required by LCR 37(a), all discovery matters are to be resolved by

6   agreement, if possible.  Counsel and the parties are further directed to cooperate in

7   preparing the final Pretrial Order in the format required by LCR 16.1, except as it

8   pertains to exhibits, as ordered above.

9

10                                        **SETTLEMENT**

11          Should this case settle, counsel shall notify Victoria Ericksen as soon as

12  possible at victoria_ericksen@wawd.uscourts.gov.  An attorney or party who fails to

13  give the Court prompt notice of settlement may be subject to such discipline as the

14  Court deems appropriate.

15         DATED:    January 16, 2018.

16

17                                        _____

18                                        The Honorable Richard A. Jones
                                          United States District Judge

19

20

21

22

23

24

25

26

ORDER SETING TRIAL DATE
AND RELATED DATES – 4