The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST IMMIGRANT RIGHTS PROJECT ("NWIRP"), a nonprofit Washington public benefit corporation; and YUK MAN MAGGIE CHENG, an individual,

Plaintiffs,

v.

WILLIAM P. BARR,[1] in his official capacity as Attorney General of the United States; et al.,

Defendants.

No. 2:17-cv-00716-RAJ

JOINT MOTION TO EXTEND STAY OF PROCEEDINGS

NOTE ON MOTION CALENDAR:
**September 30, 2020**

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS IN ACCORDANCE WITH AMENDED SETTLEMENT AGREEMENT**

On March 28, 2019, the parties in this matter, by and through their respective counsel of record, moved this court for a stay of two months pursuant to the parties' settlement agreement. The parties sought an initial stay of proceedings until January 17, 2020, so that the United States Department of Justice ("DOJ") can engage in the rulemaking process which may render further litigation unnecessary. In the event that a Notice of Proposed Rulemaking was not published within 28 days of January 17, 2020, the parties agreed to meet and confer regarding

[1] William P. Barr, the Attorney General of the United States, is automatically substituted for Acting Attorney General Whitaker pursuant to Federal Rule of Civil Procedure 25(d).



P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 532-4737

the status of the rulemaking process and whether to seek an additional stay of proceedings. The parties had agreed to provide the Court with an additional status report indicating whether they have reached an agreement to request a further stay of proceedings consistent with their agreement, or whether it is necessary to resume litigation. ECF No. 108.

The parties met and conferred telephonically on December 30, 2019, and January 2, 2020 and agreed to seek an additional stay of 45 days, up to and including March 2, 2020, in order to facilitate the conclusion of the DOJ rulemaking process. The Court extended the stay an additional 45 days, up to and including March 2, 2020. The parties met and conferred on February 20, 2020 and agreed to seek an additional stay of 30 days, up to and including April 1, 2020, while DOJ continues to engage in the rulemaking process. The Court extended the stay an additional 30 days.

On March 31, 2020, the parties agreed that, in light of circumstances resulting from the outbreak of Coronavirus Disease 2019 ("COVID-19"), it was appropriate to amend the settlement agreement in order to extend the "Publication Period" (the period for publication of a Notice of Proposed Rule Making) for an additional 60 days, until June 1, 2020. All remaining provisions of the settlement agreement remained in effect and unchanged. The Court extended the stay for an additional 60 days until June 1, 2020. On June 1, 2020, the parties again agreed to amend the settlement agreement in order to extend the "Publication Period" an additional 60 days, until July 31, 2020. All remaining provisions of the settlement agreement remained in effect and unchanged. The Court extended the stay for an additional 60 days until July 31, 2020. On July 31, 2020, the parties met and conferred, and agreed to amend the settlement agreement to extend the "Publication Period" for an additional 60 days, up to and including September 29, 2020, in order for DOJ to continue to engage in the rulemaking process. All remaining provisions of the settlement agreement remained in effect and unchanged.

On September 29, 2020, the government posted the Notice of Proposed Rule Making (NPRM) on the Federal Register website for public inspection. Publication of the NPRM is



P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 532-4737

scheduled for September 30, 2020, with a comment period of 30 days. The parties have thus agreed to amend the settlement agreement in order to extend the "Publication Period" by one day, until September 30, 2020.

The settlement agreement provides that, once the NPRM is published, the parties agreed to seek a stay of proceedings for the duration of the comment period plus a four-month "Rule Enacting Period" in order to facilitate conclusion of the rule making process.

Consistent with the parties' agreement, the parties seek an additional stay of 151 days, up to and including February 27, 2021, to facilitate the conclusion of the rulemaking process.

DATED: September 30, 2020.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs Northwest Immigrant Rights Project and Yuk Man Maggie Cheng*

By: *s/ Jaime Drozd Allen**
Michele Radosevich, WSBA #24282
Jaime Drozd Allen, WSBA #35742
Robert E. Miller, WSBA #46507
Laura-Lee Williams, WSBA #51358
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: micheleradosevich@dwt.com
jaimeallen@dwt.com
robertmiller@dwt.com
lauraleewilliams@dwt.com

NORTHWEST IMMIGRANT RIGHTS PROJECT
Matt Adams, WSBA #28287
615 Second Avenue, Suite 400
Seattle, WA 98104-2244
Phone: (206) 957-8611
Fax: (206) 587-4025
E-mail: matt@nwirp.org
glenda@nwirp.org

**- and –**

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

KATHERINE J. SHINNERS
Senior Litigation Counsel

/s/ *Victor M. Mercado-Santana*
VICTOR M. MERCADO-SANTANA
Trial Attorney
Civil Division, Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7001
Facsimile: (202) 616 -8962
victor.m.mercado-santana@usdoj.gov

*Counsel for Defendants*

* Signature authorized by email on September 30, 2020

**ORDER**

IT IS SO ORDERED. Pursuant to the parties' joint motion, this matter is stayed pending rulemaking for an additional 151 days, or through February 27, 2021, at which time the parties shall submit a joint status report regarding whether a further stay of proceedings is necessary.

DATED THIS ____ day of ___________, 2020.

________________________________________
HON. RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE



P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 532-4737

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this August 4, 2020

*s/ Victor M. Mercado-Santana*
VICTOR M. MERCADO-SANTANA



P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 532-4737