The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST IMMIGRANT RIGHTS
PROJECT ("NWIRP"), a nonprofit Washington
public benefit corporation; and YUK MAN
MAGGIE CHENG, an individual,

Plaintiffs,

v.

MERRICK GARLAND, in his official capacity
as Attorney General of the United States; et al.,

Defendants.

No. 2:17-cv-00716-RAJ

STIPULATED MOTION
AND ORDER OF DISMISSAL
WITH PREJUDICE

Pursuant to Paragraph IV. B of the parties' Settlement Agreement, Plaintiffs and

Defendants, by and through their respective attorneys, stipulate to the dismissal of all claims

and counterclaims with prejudice and request a corresponding Order from the Court. Each party

will bear its own attorneys' fees and costs except as otherwise agreed to in the parties'

Settlement Agreement.

///

///

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE
(No. 2:17-cv-00716-RAJ) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

AGREED AND STIPULATED TO this 21st day of September, 2022.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs Northwest Immigrant Rights Project and Yuk Man Maggie Cheng*

By: *s/ Jaime Drozd Allen*
    Jaime Drozd Allen, WSBA #35742
    Michele Radosevich, WSBA #24282
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail:  jaimedrozdallen@dwt.com
             micheleradosevich@dwt.com

NORTHWEST IMMIGRANT RIGHTS PROJECT
Matt Adams, WSBA #28287
Aaron Korthuis, WSBA # 53974
615 Second Avenue, Suite 400
Seattle, WA 98104-2244
Phone: (206) 957-8611
Fax: (206) 587-4025
E-mail:  matt@nwirp.org
         aaron@nwirp.org

**- and –**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

SAMUEL P. GO
Assistant Director

KATHERINE J. SHINNERS
Senior Litigation Counsel

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE
(No. 2:17-cv-00716-RAJ) - 2

/s/ Victor M. Mercado-Santana
VICTOR M. MERCADO-SANTANA
Trial Attorney
Department of Justice,
Civil Division OIL DCS
450 5th St. NW
Washington, D.C. 20001
Telephone: (202) 305-7001
Email: victor.m.mercado-santana@usdoj.gov

*Counsel for Defendants*

* Signature authorized by email on September 19, 2022

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE
(No. 2:17-cv-00716-RAJ) - 3

## ORDER

It is SO ORDERED.

DATED this 22nd day of September, 2022.

_____

The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE
(No. 2:17-cv-00716-RAJ) - 4